191 So.2d 142

**SO–CAM, INC., d/b/a Southern
Camera Service**

v.

**Wilbur D. ATKINS, Jr.**

No. 48421.

Nov. 7, 1966.

In re: Wilbur D. Atkins, Jr., applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 189 So.2d 742.

Writ refused. On the facts by the Court of Appeal, we find no error of law in its judgment.

191 So.2d 142

**SO–CAM, INC., d/b/a Southern
Camera Service,**

v.

**Wilbur D. ATKINS, Jr.**

No. 48422.

Nov. 7, 1966.

In re: Wilbur D. Atkins, Jr. applying for alternate writ of mandamus. 189 So.2d 742.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

191 So.2d 142

**Thomas G. MATTHEWS**

v.

**Lee Roy FRANTOM et al.**

No. 48426.

Nov. 7, 1966.

In re: Consolidated Loans, Inc. and Manfred Sternberg applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 189 So.2d 699.

The application is denied. According to the facts of the case as found to be by the Court of Appeal, the judgment complained of is correct.

191 So.2d 142

**Noel GRAY**

v.

**Elizabeth Chretien GRAY.**

No. 48427.

Nov. 7, 1966.

In re: Noel Gray applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 189 So.2d 735.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.